UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-33948 |
| EDWARD HENRY RENSI ) | | |
| ) | Chapter: | 11 |
| ) | | |
| ) | Honorable Janet S. Baer | |
| ) | | |
| Debtor(s) ) | | |

## ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

Debtor's counsel is directed, by October 16, 2015, to serve on all creditors a copy of this order and to file proof of service with the Clerk.

This bankruptcy case was filed on October 5, 2015.

FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed not later than 180 days after the order for relief on or before April 4, 2016 (April 2, 2015 is a Saturday); and

(b) All other claims that arose to the case filing date are to be filed on or before December 18, 2015.

All claims must be filed either electronically via the court's electronic filing system or in writing at the following address: Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Street Room 710, Chicago, IL 60604

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution. However, under the law some parties need not file claims. See 11 U.S.C. Section 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 13, 2015

**Prepared by:**

Mr. Paul M. Bach, Esq., Of Counsel Sulaiman Law Group,
Ltd. 900 Jorie Boulevard Suite 150 Oak Brook, Illinois
60523
Phone (630) 575 - 8181
Email: Paul.Bach@Sulaimanlaw.com