IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(at Chicago)

IN RE:

EDWARD HENRY RENSI                           *   Case No. 15-33948 JSB

Debtors.                                             (Chapter 11)

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CREDITOR'S REQUEST FOR NOTICES

Pursuant to Bankruptcy Rules 2002 and 9007, it is hereby requested that all notices given or required to be given in this, and all papers served or required to be served in this case, on behalf of PNC Bank, National Association, be given to and served upon the undersigned at the office address and e-mail set forth below:

Shannon B. Kreshtool, Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
sbk@weinstocklegal.com

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices and copies of any applications, motions, petitions, pleadings, and complaints filed in the above case which affect the Debtor, property of the Debtor and the estate.

**WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.**
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

Dated: October 15, 2015     /s/Shannon B. Kreshtool
Shannon B. Kreshtool
MD Federal Bar #25867
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
sbk@weinstocklegal.com
*Counsel for PNC Bank, National Association*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2015, a copy of the foregoing Request for Notices, was sent via ECF or by first-class mail, postage prepaid, to the following:

Paul M. Bach, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Ste. 150
Oak Brook, IL 60523
ecfbach@gmail.com

Patrick S. Layng, US Trustee
Office of the US Trustee, Region 11
219 S. Dearborn Street, Rm. 873
Chicago, IL 60604

/s/ Shannon B. Kreshtool
Shannon B. Kreshtool

**WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.**
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009