# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| EDWARD HENRY RENSI, | ) NO. 15-33948 |
| | ) |
| Debtor | ) |
| | ) Chapter 11 |
| | ) |
| | ) Honorable Judge Janet S. Baer |

## DECLARATION OF AHMAD T. SULAIMAN

I, Ahmad T. Sulaiman, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants; I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter; I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Besides what is stated above, Mohammed Badwan represented the Debtor in regards to the following matters: (1) Forbearance Agreement with BP LLC; (2) Negotiated Florida Bank settlement; (3) Lawsuit by Molto Burgers, LLC in the Circuit Court of Cook County; and (4) General Legal Advice; I believe that I am a disinterested person as defined by the Bankruptcy Code.. The initial retainer was paid in the amount of $31,827.00. $2,720.00 was paid for pre-petition work performed, $1,717.00 was paid for the filing fee and $110.00 was used for due diligence requirements leaving a retainer of $27,280.00.

5. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the

United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

6. I have had contacts with attorneys for certain creditors in other cases as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2015.

_____
Ahmad T. Sulaiman

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| EDWARD HENRY RENSI, | ) NO. 15-33948 |
| | ) |
| Debtor | ) |
| | ) Chapter 11 |
| | ) |
| | ) Honorable Judge Janet S. Baer |

## DECLARATION OF MOHAMMED BADWAN

I, Mohammed Badwan, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants. I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter. I previously represented the Debtor in regards to the following matters: (1) Forbearance Agreement with BP Center LLC; (2) Negotiated Florida Bank settlement; (3) Lawsuit by Molto Burgers, LLC in the Circuit Court of Cook County; and (4) General Legal Advice. The initial retainer was paid in the amount of $31,827.00. I believe that I am a disinterested person as defined by the Bankruptcy Code.

4. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2015.

_____
Mohammed Badwan

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:  )
        )
EDWARD HENRY RENSI,  ) NO. 15-33948
        )
    Debtor  )
        ) Chapter 11
        )
        ) Honorable Judge Janet S. Baer

## DECLARATION OF PAUL M. BACH

I, Paul M. Bach, declare:

1. I am a member of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants. I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter.

4. Besides what is stated above, Mohammed Badwan represented the Debtor in regards to the following matters: (1) Forbearance Agreement with BP LLC; (2) Negotiated Florida Bank settlement; (3) Lawsuit by Molto Burgers, LLC in the Circuit Court of Cook County; and (4) General Legal Advice; I believe that I am a disinterested person as defined by the Bankruptcy Code. The initial retainer was paid in the amount of $31,827.00. I believe that I am a disinterested person as defined by the Bankruptcy Code.

5. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2015.

_____
Paul M. Bach

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                          )
                                )
EDWARD HENRY RENSI,             )    NO. 15-33948
                                )
         Debtor                 )
                                )    Chapter 11
                                )
                                )    Honorable Judge Janet S. Baer

## DECLARATION OF PENELOPE N. BACH

I, Penelope N. Bach, declare:

1. I am Of Counsel of the law firm Sulaiman Law Group, Ltd.

2. Applicants and other members and associates of Sulaiman Law Group, Ltd. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction.

3. To the best of my knowledge, information and belief, this law firm, its members and associates, have the following contacts with the Debtor, his creditors and other parties in interest and their respective attorneys or accountants. I may have had contact but not represented some or all of the listed creditors or other parties in interest, their counsel or accountants in other cases pending before this or other Courts but have not had any contact with any of the above with respect to this matter.

4. Besides what is stated above, Mohammed Badwan represented the Debtor in regards to the following matters: (1) Forbearance Agreement with BP LLC; (2) Negotiated Florida Bank settlement; (3) Lawsuit by Molto Burgers, LLC in the Circuit Court of Cook County; and (4) General Legal Advice; I believe that I am a disinterested person as defined by the Bankruptcy Code.. My initial retainer was paid in the amount of $31,827.00. I believe that I am a disinterested person as defined by the Bankruptcy Code.

5. Except for my contacts stemming from my representation of other clients, I have no other contacts with the United States Trustee or employees of the Office of the United States Trustee. No Current employer of the Office of the United States Trustee is a relative of mine as the same is defined in 11 USC 101(45).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of October, 2015.

_____
Penelope N. Bach