Sulaiman Law Group Ltd.
Paul M. Bach
900 Jorie Blvd Suite 150
Oak Brook, IL  60523

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  Edward Rensi | CASE NO: 15-33948 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/15/2015, I did cause a copy of the following documents, described below,

Motion to Employ,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 10/15/2015

/s/ Paul M. Bach
Paul M. Bach  6209530
Sulaiman Law Group Ltd.
900 Jorie Blvd Suite 150
Oak Brook, IL  60523
630 575 8181
Paul.Bach@sulaimanlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Edward Rensi | CASE NO: 15-33948 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 10/15/2015, a copy of the following documents, described below,

Motion to Employ,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sulaiman Law Group Ltd.
Paul M. Bach
900 Jorie Blvd Suite 150
Oak Brook, IL  60523

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0752-1<br>CASE 15-33948<br>NORTHERN DISTRICT OF ILLINOIS<br>CHICAGO<br>THU OCT 15 10-05-24 CDT 2015 | PNC BANK NATIONAL ASSOCIATION<br>CO SHANNON B. KRESHTOOL ESQ.<br>WEINSTOCK FRIEDMAN & FRIEDMAN P.A.<br>4 RESERVOIR CIRCLE<br>BALTIMORE MD 21208-6319 | | ~~U.S. BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ |
| AMERICAN EXPRESS<br>PO BOX 3001<br>16 GENERAL WARREN BLVD.<br>MALVERN PA 19355-1245 | AMERICAN EXPRESS PLUM CARD<br>PO BOX 3001<br>16 GENERAL WARREN BLVD.<br>MALVERN PA 19355-1245 | | BP CENTER LLC<br>900 OGDEN AVENUE<br>DOWNERS GROVE IL 60515-2829 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CABELAS<br>1 CABELA DRIVE<br>SIDNEY NE 69160-0001 | | CHASE CARD SERVICES<br>ATTN-BANKRUPTCY DEPT<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| COMERICA BANK<br>1250 S. GROVE AVENUE<br>BARRINGTON IL 60010-5091 | COMERICA BANK<br>CO FEIGELES AVALLONE & HAIMO LLP<br>MIAMI FL 33114 | | DUPAGE COUNTY CLERK<br>421 N. COUNTY FARM ROAD<br>WHEATON IL 60187-3992 |
| DUPAGE COUNTY TREASURER<br>421 N. COUNTY FARM ROAD<br>WHEATON IL 60187-3992 | EQUIFAX INFORMATION SERVICES LLC<br>1550 PEACHTREE STREET NW<br>ATLANTA GA 30309 | | EXPERIAN INFORMATION SOLUTIONS INC.<br>475 ANTON BOULEVARD<br>COSTA MESA CA 92626-7037 |
| HOBSON VALLEY UNIT 1 INDUSTRIAL CONDO<br>CO THOMAS J. HILLS<br>6817 HOBSON VALLEY DRIVE #112<br>WOODRIDGE IL 60517-1452 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO IL 60664-0338 | | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JANE M. CIZEK AS TRUSTEE<br>CO RATHJE & WOODWARD LLC<br>300 EAST ROOSEVELT ROAD SUITE 300<br>WHEATON IL 60187-1908 | MB FINANICAL<br>6111 N. RIVER ROAD<br>DES PLAINES IL 60018-5111 | | MOLTO BURGERS LLC<br>CO RA ILLINOIS CORPORATION SERVICE C<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD IL 62703-4261 |
| MOLTO BURGERS LLC<br>CO NIXON PEABODY LLP<br>70 W. MADISON STREET SUITE 3500<br>CHICAGO IL 60602-4224 | NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | | NATIONWIDE ACCEPTANCE<br>105 DECKER COURT SUITE 725<br>IRVING TX 75062-2815 |
| PNC N.A.<br>COMMERICAL LOAN OPERATIONS<br>PO BOX 747046<br>PITTSBURGH PA 15274-7046 | SAMS CLUB   GEMB<br>ATTENTION- BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | | TRANS UNION LLC<br>P.O. BOX 2000<br>CHESTER PA 19016-2000 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*DEBTOR*

WORLDS FOREMOST BANK NA
ATTN- COLLECTIONS
PO BOX 82608
LINCOLN NE 68501-2608

EDWARD HENRY RENSI
8400 KEARNEY ROAD
DOWNERS GROVE IL 60516-5036

PATRICK S LAYNG
OFFICE OF THE U.S. TRUSTEE REGION 11
219 S DEARBORN ST
ROOM 873
CHICAGO IL 60604-2027

PAUL M BACH
SULAIMAN LAW GROUP LTD.
900 JORIE BOULEVARD
SUITE 150
OAK BROOK IL 60523-3810