UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-33948 |
| EDWARD HENRY RENSI | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DEBTORS TO EMPLOY ATTORNEYS**

THIS CAUSE coming on to be heard on the application of Edward Henry Rensi, Debtor and Debtor-in-Possession, to employ attorneys, due notice having been given, and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Debtor is authorized to employ Ahmad T. Sulaiman, Mohammad Badwan, Paul M. Bach, and Penelope N. Bach as his attorneys in this case, effective October 5, 2015, with compensation for said attorneys to be determined by the Court upon further application.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 27, 2015

**Prepared by:**

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PnBach@Sulaimanlaw.com