UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-33948 |
| Edward Henry Rensi | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING EXCLUSIVE PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCES OF PLAN THROUGH AND INCLUDING APRIL 11, 2016

THIS CAUSE, coming to be heard on DEBTOR'S MOTION FOR EXTENSION OF EXCLUSIVE PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCES OF PLAN THROUGH AND INCLUDING APRIL 11, 2016, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED:

The Exclusive Period for Filing of the Plan and Obtaining Acceptances of the Plan is extended pursuant to 11 U.S.C. § 1121(d)(1) through and including April 11, 2016.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 02, 2016

**Prepared by:**

PAUL M. BACH, OF COUNSEL
SULAIMAN LAW GROUP
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
ATTORNEY NO: 6209530