UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-33948 |
| Edward Henry Rensi | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FIRST ORDER ALLOWING INTERIM COMPENSATION FOR REPRESENTATION OF CHAPTER 11 DEBTOR**

On the application of Debtor's counsel for compensation for representing the Debtor in this case, the Court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. §330(a), as follows:

| | |
|---|---|
| Total Fees and Reimbursement: | $ 47,632.42 |
| Legal Service through November 13, 2016: | $ 45,220.00 |
| Reimbursable expenses through November 13, 2016: | $ 2,412.42 |
| Retainer: | $ 27,280.00 |
| Balance Due as of October 31, 2016: | $ 20,352.42 |

Notice for this Motion is reduced to 13 days and is sufficient.

Enter: *Deborah L. Thorne* (signature)

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 29, 2016

**Prepared by:**

Paul M Bach, Esq.
Penelope N. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60062